Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 6139 | **DATE** | 3/14/2002 |
| **CASE TITLE** | Bingo Brain, Inc. vs. California Concepts, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing held.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] IT IS HEREBY ORDERED as follows: The Court finds that, under its Order entered 1/24/02, Defendants' Bingo Mate, Bingo Mate II and Bingo Mate 2000 devices (the "accused devices") do not literally infringe U.S. Patent No. 4,768,151 entitled "Electronic Bingo Card Manager," issued on 8/30/88. The parties have stipulated that the Court may dismiss with prejudice Plaintiff's claims in its Second Amended Complaint based upon the doctrine of equivalents. Therefore, the Second Amended Complaint, the Counterclaims, are dismissed with prejudice, and the Affirmative Defenses and declaratory judgment Count of their Counterclaim is dismissed without prejudice as moot. The Court will award costs to Defendants in accordance with its Order dated 10/4/2000. Enter Judgment Order.
(11) ■ [For further detail see

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | 5 number of notices | **Document Number** |
| | No notices required. | | |
| ✓ | Notices mailed by judge's staff. | 3/18/02 date docketed | |
| | Notified counsel by telephone. | | 279 |
| | Docketing to mail notices. | docketing deputy initials | |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | 3/14/2002 date mailed notice | |
| ETV courtroom deputy's initials | | 02 MAR 15 PM 2:08 Date/time received in central Clerk's Office | ETV mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
------------------------x
BINGO BRAIN, INC.,           )
            Plaintiff,       )
                             )   Civil Action No. 99 C 6139
    vs.                      )
                             )   Judge Rebecca R. Pallmeyer
CALIFORNIA CONCEPTS, INC.,   )
ET AL,.                      )
            Defendants.      )
------------------------x
```

## JUDGMENT

The Court being duly advised in the premises, in accordance with the Stipulation filed by the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Court finds that, under its Order entered January 24, 2002, Defendants' Bingo Mate, Bingo Mate II and Bingo Mate 2000 devices (the "accused devices") do not literally infringe U.S. Patent No. 4,768,151 entitled "Electronic Bingo Card Manager," issued on August 30, 1988. The parties have stipulated that the Court may dismiss with prejudice Plaintiff's claims in its Second Amended Complaint based upon the doctrine of equivalents. Therefore, the Second Amended Complaint is dismissed with prejudice.

2. In accordance with the stipulations of the parties, the Counterclaims of Defendants California Concepts, Inc., Applied Concepts, Inc., Bingo Concepts, Inc., Bingo Solutions, Inc. and Anthony Maczko d/b/a/ Bingo 2000 alleging violations of the Lanham Act and Illinois State law are dismissed with prejudice, and the Affirmative Defenses and declaratory judgment Count of their Counterclaim is dismissed without prejudice as moot in light of the Court's dismissal of the Second Amended Complaint.

3. In accordance with the stipulation of the parties, the Complaint in Case No. 00-CV-2271 of Plaintiffs California Concepts, Inc., Bingo Concepts, Inc., and Applied Concepts, Inc. is dismissed without prejudice as moot in light of the Court's dismissal of the Second Amended Complaint.

4. The Court will award costs to Defendants in accordance with its Order dated October 4, 2000.

Dated: March 14, 2002.

Rebecca R. Pallmeyer
United States District Judge